# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

138329

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAWRENCE LOVELAND,
      Plaintiff-Appellant,

v

SPECTRUM HEALTH, SPECTRUM HEALTH
HOSPITAL, and SCHINDLER ELEVATOR
CORPORATION,
      Defendants-Appellees.

SC: 138329
COA: 278497
Kent CC: 05-012014-NO

_____/

     On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

0603

Clerk